# JOHN FERRIN
### v.
# WILLIAM ALLEN

## 1811

### JOURNAL ENTRIES

1. Special bail . . . . . . . . . . . . *Journal, infra,* *p. 345
2. Surrender by bail . . . . . . . . . . . . " 350
3. Plea; issue . . . . . . . . . . . . . . " 354
4. Judgment . . . . . . . . . . . . . . " 361

### Papers in S. C. File

1. Copy of district court record . . . . . . . . . . .
2. Summons and return . . . . . . . . . . . . .
3. Subpoena for Benjamin Chittenden, Moses Everit and
   Joseph Spencer . . . . . . . . . . . . .
4. Capias ad satisfaciendum and return . . . . . . . .
5. Promissory note . . . . . . . . . . . . . .

### Papers in D. C. File
[None]